United States Court of Appeals
Fifth Circuit

**F I L E D**

June 12, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-30642
Summary Calendar

_____

JEANNE PRUITT,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(USDC No. 2:04-CV-2465-PHM)

_____

Before REAVLEY, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jeanne Pruitt appeals the district court's Rule 52(c) dismissal of her lawsuit under the

Federal Tort Claims Act after Pruitt rested her case at trial. We affirm the judgment for the

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

1

reasons given by the able district court in its ruling from the bench. Pruitt did not establish that the defendant failed to warn her of the danger created by her conduct, and the district court's contrary finding that a prominent warning was in place is supported by the evidence.

AFFIRMED.